## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HENRY RAMOS-NIEVES | * |
| | * |
| Petitioner | * |
| | * Civil No. 98-1405(SEC) |
| v. | * |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |
| Respondent | * |

********************************

## JUDGMENT

Pursuant to this Court's Order of even date, the above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27TH day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)